UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------

RUI HE, et al.,

        Plaintiffs,

v.

DAVOR ROM, et al.,

        Defendants.

-------------------------------------------------------

CASE NO. 1:15-CV-1869

OPINION & ORDER
[Resolving Doc. 39]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    Rui He represents a putative class of investors who claimed to have been scammed by real estate investor Davor Rom and his companies Investor Income Properties, LLC, IIP Ohio, IIP Management, IIP Cleveland Regeneration, LLC, IIP Cleveland Regeneration 2, LLC, Assets Unlimited, LLC, and IIP Akron, LLC (collectively, "Defendants").

    On December 13, 2015, one of the potential class members, who is a plaintiff in another lawsuit against Defendant Davor Rom, sent an e-mail to other clients of Defendant IIP Management.[1]

    Defendants then filed a motion in this Court for an emergency status conference. Defendants state that they "must be permitted to respond to their clients."[2] However, Defendants "want to ensure that they are not violating any of this Court's protocols, Fed. R. Civ. P. 23, or any other federal laws in responding and/or communicating to the proposed Class Members about the subject

---

[1] Doc 39.
[2] *Id.*

Case No. 1:15-CV-01869
Gwin, J.

matter of these lawsuits."[3]

Defendants do not specify any particular concerns or any particular proposed communication. Instead, Defendants request generalized guidance as to the rules governing communication with potential class members. In essence, Defendants request an advisory opinion from the Court.

The Court will not offer guidance in the absence of a case or controversy.

Defendants' request for an emergency status conference is **DENIED**.

IT IS SO ORDERED.

Dated: December 22, 2015            s/ *James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE

---

[3] *Id.*