UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RUI HE, et al., | ) | CASE NO. 1:15CV01869 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | MOTION FOR SUBSTITUTION OF |
| | ) | COUNSEL FOR DEFENDANT |
| DAVOR ROM, et al., | ) | DAVOR ROM ONLY |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Now comes Jeffrey W. Krueger and the law firm of J.W. Krueger & Associates, LLC, and, pursuant to Local Rule 83.9, respectfully moves this Court for leave to file a Notice of Appearance and Substitution of Counsel so that he may appear in this action as substitute counsel for Defendant Davor Rom <u>only</u>.  The undersigned will represent Mr. Rom in place of attorneys Joseph E. Cavasinni, Jonathan H. Krol, Matthew B. Barbara of Reminger Co., L.P.A.

A copy of the proposed Notice of Appearance and Substitution of Counsel is attached hereto for the Court's consideration.

Respectfully submitted,

J.W. KRUEGER & ASSOCIATES, LLC

/s/ Jeffrey W. Krueger
Jeffrey W. Krueger (Bar No. 0030093)
E-mail:  JWKrueger@jwk-law.com
P.O. Box 360135
Cleveland, Ohio 44136
Telephone:  (216) 586-2721
Facsimile:   (216) 586-2721

*Attorney for Defendant Davor Rom*

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2016, a copy of the foregoing Motion for Substitution of Counsel for Defendant Davor Rom Only was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jeffrey W. Krueger
Jeffrey W. Krueger (Bar No. 0030093)
E-mail: JWKrueger@jwk-law.com
P.O. Box 360135
Cleveland, Ohio 44136
Telephone: (216) 586-2721
Facsimile: (216) 586-2721

*Attorney for Defendant Davor Rom*